PAMELA E. COGAN (SBN 105089)
ENRIQUE MARINEZ (SBN 160956)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pamela.cogan@rmkb.com
enrique.marinez@rmkb.com

Attorneys for Defendant
LIBERTY INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDICE MUI, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION<br><br>   Defendant. | CASE NO. 17-cv-01503-NC<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiffs, Candice Mui and Jon Liu, and Defendant, Liberty Insurance Corporation, by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own fees and costs.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur with the Stipulation's content and authorize its filing.

Dated: December 21, 2017                TRUMP, ALIOTO, TRUMP & PRESCOTT LLP


By: /s/ Bruce Prescott
   BRUCE PRESCOTT
   Attorneys for Plaintiffs
   CANDICE MUI and JON LIU

///

| | |
|---|---|
| Dated: December 21, 2017 | ROPERS, MAJESKI, KOHN & BENTLEY |
| | By: /s/ Enrique Marinez |
| | PAMELA E. COGAN |
| | ENRIQUE MARINEZ |
| | Attorneys for Defendant |
| | LIBERTY INSURANCE CORPORATION |

### **ORDER**

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action shall be, and hereby is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

Dated: December 21, 2017

GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA